# United States District Court
# For The Western District of North Carolina
# Statesville Division

KEVIN GERARD HERNDON,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                          5:10CV175

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 30, 2012 Memorandum and Opinion.

                              Signed: May 30, 2012

                              Frank G. Johns, Clerk
                              United States District Court